No. 85–6010. WATERS *v.* KEMP, WARDEN. Sup. Ct. Ga. Certiorari denied. JUSTICE MARSHALL and JUSTICE BLACKMUN would grant the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Caldwell* v. *Mississippi,* 472 U. S. 320 (1985).

JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153,

227 (1976), I would grant certiorari and vacate the death sentence in this case.